USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: January 24, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Oscar Villanueva,

         Plaintiff(s),   19 Civ. 5892 (LGS)

    -against-         ORDER

Fresh Kitchen Inc, et al.,

         Defendant(s)

LORNA G. SCHOFIELD, United States District Judge:

The parties have reached a settlement in principle in this case. Accordingly, it is

**ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending deadlines and conferences are CANCELED.

Dated: January 24, 2020
   New York, New York

               LORNA G. SCHOFIELD
              UNITED STATES DISTRICT JUDGE