

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2020

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| | |
|---|---|
| NEIL H. GREENBERG, ESQ. | PARALEGALS |
| JUSTIN M. REILLY, ESQ. | ROSA COSCIA |
| KEITH E. WILLIAMS, ESQ. | FRANCIS PENA |

**Via: SDNY ECF**  February 24, 2020

Honorable Judge Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *Villanueva v. Fresh Kitchen, Inc., et al.*; **19-CV-5892 (LGS)**

Dear Hon. Judge Schofield,

This office represents Plaintiff in the above-referenced FLSA action. Pursuant to Your Honor's Individual Rules, kindly accept this correspondence as the parties' joint request to restore this action to the Court's calendar so that the parties may submit their Motion for FLSA Approval.

On January 22, 2020, with the assistance of a S.D.N.Y Mediator, the parties resolved this action. On January 23, 2020, the mediator reported the case settled, and the next day Your Honor dismissed this action without prejudice to restore this action to the Court's calendar within 30 days.

The parties have been working diligently over the past month to draft a formal written settlement agreement, which was finalized last week. However, the parties require more time to collect signatures from all of the parties. Additionally, because this is a FLSA case, judicial approval of the settlement agreement is required pursuant to *Cheeks v. Freeport Pancake House*.

The parties anticipate having a fully executed settlement agreement within the next few days and will then submit an application to the Court seeking approval of its terms. Accordingly, the parties respectfully request that the Court place this case back on the calendar so that the parties can submit their motion for approval on or before February 28, 2020.

Thank you for your time and attention to this matter.

Respectfully submitted,

Keith E. Williams, Esq.

cc: Hong Keun Jung, Esq. via ECF

---

Application GRANTED. The parties shall file their materials for *Cheeks* approval by February 28, 2020. They shall ensure, among other things, that: (1) any releases are circumscribed to the conduct at issue in this action, (2) attorney's fees do not exceed the lodestar, unless specifically justified, and (3) they file billing and costs records. The parties may file these materials on the docket, even though it is formally closed.

Dated: February 25, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE